Argued and submitted August 19, affirmed November 12, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RONALD DEAN BALIUS,
*Defendant-Appellant.*

Multnomah County Circuit Court
050834567; A134215

196 P3d 120

Jay Edwards argued the cause and filed the brief for appellant.

M. Ann Boss, Senior Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Armstrong, Presiding Judge, and Schuman, Judge, and Rosenblum, Judge.

PER CURIAM

Affirmed. *State v. Maiden,* 222 Or App 9, 191 P3d 803 (2008).